Mohamed Poonja, Trustee
P.O. Box 1510
Los Altos, CA 94023-1510
Telephone: (650) 941-3400



FILED
FEB 17 2016
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re: JTS CORPORATION** FKA ATARI CORPORATION Debtor(s) | Case No. 98-59752-MEH Chapter 7 NOTICE OF UNCLAIMED DIVIDENDS |
|---|---|

TO THE CLERK, UNITED STATES BANKRUPCY COURT:

Pursuant to Federal Rule 3011, the trustee in the above captioned case hereby turns over to the Court, unclaimed dividends as itemized below. The name and address of the claimant entitled to the unclaimed dividends are as follows:

| Claim# | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 413* | AIRBORNE EXPRESS 3131 ELLIOTT AVE. #200 SEATTLE, WA 98121 | $44,510.40 | $1,839.88 |
| 532* | CELLOTAPE 47623 FREMONT BLVD FREMONT, CA 94538 | $7,711.74 | $318.77 |
| 599* | EDWARD GEE 151 FLYING MIST ISLE FOSTER CITY, CA 94404-1401 | $139.64 | $5.78 |
| 611* | JEHUDY COM 7226 N W 31ST ST MIAMI, FL 33122 | $210.00 | $8.68 |
| 705* | CHRISTOPHER M. MENTCH 2920 E 29TH ST. ERIE, PA 16510 | $150.00 | $6.20 |
| 710* | KABOOL ELECTRONICS CO LTD 13073 POWAY RD. POWAY, CA 92064 | $484,073.73 | $20,009.61 |
| 897* | OERDEX INC 47531 WARM SPRINGS BLVD FREMONT, CA 94539 | $3,720.00 | $153.77 |

| | | | |
|---|---|---|---|
| 932* | COMPUTER WORKS, INC.<br>4351 W Indian School Rd.<br>Phoenix, AZ 85031 | $10,292.00 | $425.43 |
| 1069* | TRIANGLE DISTRIBUTION CO<br>4546 B 10 EL CAMINO REAL 184<br>LOS ALTOS, CA 94022 | $1,852.00 | $76.55 |
| 1147* | SKY TECH COMPUTERS<br>DAWN<br>28480 SOUTHFIELD RD<br>LATHRUP VILLAGE, MI 48076 | $1,310.24 | $54.16 |
| 1152* | DONALD K CARTER<br>26758 MADIGAN DRIVE<br>CANYON COUNTRY, CA 91351 | $250.00 | $10.33 |
| 1156* | PBB USA INC<br>BRANCH 509 BILLING DEPARTMENT<br>434 DELAWARE AVENUE<br>BUFFALO, NY 14202 | $299.50 | $12.38 |
| 1168* | F & F TECHNOLOGIES LTD.<br>7751 INCA CT.<br>WOOLHIN, OH 43085 | $477.00 | $19.72 |
| 1218* | JANET VANALSTYNE<br>1258A PHEASANT RD<br>SAYLORSBURG, PA 18353 | $210.00 | $8.69 |

Dated: February 15, 2016

/s/ Mohamed Poonja                    MOHAMED POONJA, TRUSTEE