Date: 02/23/16        DIVIDENDS REMITTED TO THE COURT



FILED
FEB 25 2016
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Check Number 10371 Dated 02/23/16
Case Number 98-59752 - JTS CORPORATION*

| Creditor | Claim No | Amount Allowed | Amount Paid |
|---|---|---|---|
| TRAVEL MANAGEMENT,<br>4701 Patrik Henery Drive 9<br>Santa Clara, CA 95054 | 9* | 2,083.52 | 86.12 |
| TECHNOLOGY DISTRIBUTION,<br>645 Dado Street<br>San Jose, CA 95131 | 19* | 421.29 | 17.41 |
| MICRO ENHANCEMENTS,<br>705A S Military Way<br>Virginia Beach, CA 23464 | 25* | 519.00 | 21.45 |
| FLEXIBLE INDUSTRIAL SYSTEMS INC<br>2030 Zanker Road<br>San Jose, CA 95131 | 28* | 6,532.08 | 270.01 |
| TW PRODUCT SERVICE INC.<br>5 Cherry Hill Dr.<br>Danials, MA 01983 | 48* | 10,328.00 | 426.92 |
| MIDDLEBROOK GARDENS,<br>138 Stockton Avenue<br>San Jose, CA 95126 | 58* | 2,802.42 | 115.84 |
| POSTANGE METER DIST,<br>P O Box 7038<br>Van Nuys, CA 91409 | 76* | 135.79 | 5.61 |
| DESCO IND, INC.<br>ESD Systems<br>19 Brigham St. Unit &#035;9<br>Marlboro, MA 01752 | 78* | 99.50 | 4.11 |
| WEBPAK INC<br>Pete<br>110 S Railroad Ave<br>Trussville, AL 35173 | 80* | 249.00 | 10.29 |
| EXECUTIVE INN,<br>1310 North First St<br>San Jose, CA 95112 | 83* | 772.74 | 31.94 |
| CORPORATE CONNECTIONS<br>c/o Kurt Lofland<br>4676 Lakeview Ave. # 215<br>Yorba Linda, CA 92886 | 87* | 54,556.63 | 2,255.15 |

Date: 02/23/16        DIVIDENDS REMITTED TO THE COURT

| Name/Address | Number | Amount | Interest |
|---|---|---|---|
| CONNECT, NET<br>Mike<br>298 College Dr<br>Orange Park, FL 32065 | 177* | 13,000.00 | 537.37 |
| BYRD, ROBIN<br>320 ASH LANE<br>EL SOBRANTE, CA 94803 | 343* | 200.00 | 8.27 |
| STAR LOGIC,<br>5369 CAMDEN AVENUE SUITE 270<br>SAN JOSE, CA 95124 | 445* | 6,423.10 | 265.50 |
| ELECTROLAB,<br>10011 N FOOTHILL BLVD 102<br>CUPERTINO, CA 94087 | 510* | 5,838.50 | 241.34 |
| SILICON VALLEY SHELVING EQUIP,<br>ATTN KATIE MEYERS<br>231 CHARCOT AVE<br>SAN JOSE, CA 95131-1107 | 537* | 650.00 | 26.87 |
| PRECISION MACHININ, P AND C<br>354 UMBARGER ROAD 3<br>SAN JOSE, CA 95111 | 588* | 925.00 | 38.24 |
| PEQUIGNEY, STEPHEN<br>506 OAKSHADE CT<br>MILLERSVILLE, ME 21108 | 610* | 100.00 | 4.13 |
| HANA MICROELECTRONICS,<br>C/P EM2 ASSOCIATES, INC.<br>2160 LUNDY AVE. #200<br>SAN JOSE, CA 95131 | 672* | 279,512.32 | 11,553.89 |
| TAN, PHILLIP<br>3929 COGSWELL RD.<br>ROSEMEAD, CA 91770 | 692* | 200.00 | 8.27 |
| VANE, NANCY P<br>869 HILLCREST DR<br>EMERALD HILLS, CA 94062-3037 | 756* | 365.25 | 15.10 |
| CREATIVE TALENTS,<br>C/O JOSEPH DURANTE<br>1500 E. HAMILTON #117<br>CAMPBELL, CA 95008-0834 | 1114* | 76,719.95 | 3,171.29 |
| ORCHARD SUPPLY HARDWARE,<br>P.O. Box 49016<br>San Jose, CA 95161 | 1115* | 308.39 | 12.75 |
| FERNANDEZ, ED<br>31 FLORENCE DR<br>PALIN, NJ 08859 | 1118* | 250.00 | 10.33 |

Date: 02/23/16       DIVIDENDS REMITTED TO THE COURT

| Creditor | Claim | Amount | Remitted |
|---|---|---:|---:|
| AUTOMATION TOOLING COMPANY<br>410 KENNEDY DR.<br>CAPITOLA, CA  95010 | 1164* | 72,000.00 | 2,976.18 |
| CHIPSMART,<br>25700 I 45 NORTH STE 101<br>SPRING, TX  77386 | 1303* | 4,411.00 | 182.33 |
| MICROSUPPLY INC<br>C/O BRAD FRESIA<br>601 UNION ST. #2830<br>SEATTLE, WA  98101 | 1318* | 123,070.14 | 5,087.21 |
| UNIVERSAL MICROELECTRONICS,<br>Attention: MICHAEL<br>3 RIVERVIEW DR<br>SOMERSET, NJ  08873 | 1335* | 32,785.00 | 1,355.20 |
| WINOGRAD SHINE AND ZACKS P C,<br>THEODORE ORSON ESQ<br>123 DYER STREET<br>PROVIDENCE, RI  02903 | 1343* | 470.46 | 19.45 |
| DIAS, THOMAS E<br>6696 MONTCALM AVENUE<br>NEWARK, CA  94560 | 1344* | 3,187.14 | 131.74 |
| S AND A TECH,<br>211 KONA PLACE<br>SAN JOSE, CA  95119 | 1348* | 10,110.00 | 417.91 |
| BLAKELEY AND BRINKMAN,<br>THOMAS A JOHNSON ESQ<br>HOME SAVINGS OF AMERICA BANK TOWER<br>660 SOUTH FIGUEROA STREET 21ST FLR<br>LOS ANGELES, CA  90017 | 1351A** | 14,525.00 | 14,525.00 |
| BLAKELEY AND BRINKMAN,<br>THOMAS A JOHNSON ESQ<br>HOME SAVINGS OF AMERICA BANK TOWER<br>660 SOUTH FIGUEROA STREET 21ST FLR<br>LOS ANGELES, CA  90017 | 1351B** | 1,307.00 | 1,307.00 |
| ----------- Remittance Total ----------- | | 724,858.22 | 45,140.22 |

/s/mohamed poonja
Mohamed Poonja, Trustee