

FILED

MAR - 1 2016

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Check Number 10372 Dated 02/29/16
Case Number 98-59752 - JTS CORPORATION*

| Creditor | Claim No | Amount Allowed | Amount Paid |
|---|---|---|---|
| CHARLES MOVING AND STORAGE,<br>1585 A Mabury Road<br>San Jose, CA 95133 | CHAP 11* | 864.00 | 864.00 |
| AIRGAS,<br>P O Box 19255<br>Sacramento, CA 95819 | 7* | 1,950.90 | 80.65 |
| COMPUTERWORKS CONSULTING,<br>2500 Maplewood Dr. # 3<br>Sulphur, LA 70663 | 8* | 200.00 | 8.27 |
| RESOURCES CONNECTION LLC<br>3 Imperial Promenade<br>Santa Ana, CA 92707 | 36* | 21,650.00 | 894.92 |
| RICKETTS, DON<br>5701 Golconda Lane<br>Shingle Springs, CA 95682 | 45* | 139.00 | 5.75 |
| AMERICAN CUSTOM COMPONENTS<br>3310 West Mac Arthur Blvd<br>Santa Ana, CA 92704 | 46* | 115,294.15 | 4,765.79 |
| COMPUTITION,<br>Stephen Berthelsen<br>100 Reitz Blvd.<br>Lewisburg, PA 17837 | 50* | 196.57 | 8.13 |
| COMPUTER WAREHOUSE,<br>Attn: Doug Bauser<br>901 Howe Ave.<br>Sacramento, CA 95825 | 54* | 4,895.27 | 202.35 |
| CARMONA, LEA<br>7959 N W 21st Street<br>Miami FL., 33122 | 55* | 200.00 | 8.27 |
| COMMERCE FINANCIAL PRINTERS CORP.<br>305 Cox St.<br>Roselle, NJ 07203 | 68* | 530.00 | 21.90 |
| MICROPLASTICS, INC.<br>c/o Rehon and Roberts<br>10 Almaden #550<br>San Jose, Ca. 95113 | 86* | 31,168.00 | 1,288.36 |

| Name/Address | ID | Amount | Fee |
|---|---|---|---|
| JOHNSON, KAREN<br>1629 Alter Rd<br>Detroit, MI 48215 | 92* | 200.00 | 8.27 |
| AXESS LIMOUSINE SERVICE, INC.<br>641 E. Arques Ave<br>Sunnyvale, CA 94086 | 110* | 8,614.95 | 356.11 |
| BODDEKER, STEVE<br>2000 SO WEST 16TH ST 107<br>GAINSVILLE, FL 32608 | 344* | 920.00 | 38.03 |
| AVNET, INC.<br>3030 SALT CREEK LANE #120<br>ARLINGTON HTS., IL 60005 | 447* | 14,339.52 | 592.74 |
| M I C IMPORTS & EXPORT<br>6991 N.W 82ND AVE. 314<br>MIAMI, FL 33166 | 449* | 2,245.00 | 92.80 |
| INTERNATIONAL, GENERAL TECHNOLOGY<br>3125 MOLINARO STREET STE 1<br>SANTA CLARA, CA 95054 | 509* | 1,300.00 | 53.74 |
| WAGNER, ALEX<br>2824 E ST.<br>MCKEESPORT, PA 15133 | 529* | 450.00 | 18.60 |
| NORCAL CONTROLS INC<br>1400 COLEMAN AVENUE H12<br>SANTA CLARA, CA 95050 | 572* | 121.74 | 5.03 |
| DESKTOP MEDIA,<br>DEB<br>1143 S BROADWAY<br>ALBERT LEA, MN 56007 | 595* | 558.64 | 23.09 |
| HOWARD KARR AND ASSOCIATES INC<br>1777 BOREL PLACE STE 408<br>SAN MATEO, CA 94402 | 597* | 13,925.00 | 575.60 |
| KLOOSTERMAN, BILL<br>2345 SE HWY 441<br>OKEECHOBEE, FL 34974 | 933* | 300.00 | 12.40 |
| GRISSOM, DIXIE<br>3061 NORTH ROSSER RD<br>AJO, AZ 85321 | 1085* | 250.00 | 10.33 |
| ERTZGAARD, SUZANNE M<br>10849 TULIP PL NW<br>SILVERDALE, WA 98383-9478 | 1304* | 300.00 | 12.40 |

| | | | |
|---|---|---|---|
| TEST ALBRITTON ET AL, FLEHR HOHBACH<br>4 EMBARCADERO CTR 3400<br>SAN FRANCISCO, CA 94111 | 1339* | 7,808.84 | 322.79 |
| GREY, NATHANIEL<br>11 SOUTH LASALLE ST. #1320<br>CHICAGO, IL 60603 | 1386* | 2,678.50 | 110.72 |
| ---------- Remittance Total ---------- | | 231,100.08 | 10,381.04 |

/s/ mohamed poonja

Mohamed Poonja, Trustee