UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

JTS Corporation

Case No: 98-59752

Debtor(s)

## APPLICATION FOR UNCLAIMED FUNDS

Dilks & Knopik, LLC, assignee to Ms Investments Of Washington, Inc., claimant, hereby petitions the Court for $5,087.21, which is the sum of all monies being held in the Registry of the Clerk, United States Bankruptcy Court, as unclaimed funds, which are due to Microsupply Inc., creditor.

The creditor did not receive the dividend check in the above case for the following reason:

Dividends were not collected by the creditor, Microsupply Inc. Neal Jensen, is an officer of Microsupply Incorporated, as evidenced by Exhibit A. Microsupply, Incorporated changed its name and is now known as MS Investments of Washington, Inc., as evidenced by Exhibit B. Dilks & Knopik, LLC has purchased and been assigned claim # 1318, as evidenced by Exhibit C. Exhibit A also shows the address listed on the Proof of Claim for Microsupply, Inc.

The Creditor's mailing address at the time the claim was filed with the Court was:

Microsupply Inc.
Brad Fresia
601 Union St., #2830
Seattle, WA 98101

The claimant's current mailing address is:

Dilks & Knopik, LLC, assignee to
MS Investments of Washington, Inc.
35308 SE Center Street
Snoqualmie, WA 98065
(425) 836-5728
Last four digits of SS#/Tax ID: 9851

Dated: March 14, 2016

Brian J. Dilks
Dilks & Knopik, LLC
35308 SE Center St, Snoqualmie WA 98065-9216
(425) 836-5728

1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Subscribed and Sworn Before Me this __14th__ day of __March__, 20__16__.

SEAL

_____
Andrew T. Drake, Notary Public
My commission expires: September 9, 2019
Notary in and for the State of Washington

