Mohamed Poonja, Trustee
P.O. Box 1510
Los Altos, CA 94023-1510
Telephone: (650) 941-3400



FILED

MAR 29 2016

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

In re:  JTS CORPORATION**
        FKA ATARI CORPORATION

            Debtor(s)

Case No. 98-59752-MEH
Chapter 7

**NOTICE OF UNCLAIMED DIVIDENDS**

TO THE CLERK, UNITED STATES BANKRUPCY COURT:

Pursuant to Federal Rule 3011, the trustee in the above captioned case hereby turns over to the Court, unclaimed dividends as itemized below. The name and address of the claimant entitled to the unclaimed dividends are as follows:

| Claim# | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 15 | RONALD BRESELL<br>13 Stanton Cir.<br>Madison, WI 53719 | $169.00 | $6.99 |
| 14 | WASHINGTON INTERNATIONAL INSURANCE<br>300 Park Blvd # 500<br>Itasca, IL 60143 | $17,429.92 | $720.48 |
| 5 | EXCEL INTERNATIONAL<br>100 E Thousand Oaks Blvd 121<br>Thousand Oaks, CA 91360 | $48,494.68 | $2,004.57 |
| 1 | MR. JAN SERSHEN<br>13212 S. Piute Trail<br>Pine, CO 80470-9508 | $329.90 | $13.64 |
| 586 | PHYLLIS RUBIN<br>4718 STRAWBERRY LANE<br>SAN JOSE, CA 95129 | $2500.00 | $1411.25 |
| 448A | DANIEL M. CHANG<br>3559 DEER CREST DR.<br>DANVILLE, CA 94506 | $4,000.00 | $2258.00 |

Dated: March 18, 2016

/s/ mohamed poonja                                     MOHAMED POONJA, TRUSTEE