**Entered on Docket**
**April 26, 2016**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes
the order of the court. Signed April 26, 2016

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re ) | | Case No. 98-59752 MEH |
| ) | | |
| JTS CORPORATION, ) | | Chapter 7 |
| ) | | |
| Debtor. ) | | ORDER TO PAY |
| _____ ) | | UNCLAIMED FUNDS |
| ) | | |
| ) | | |

It appearing that the check(s) made payable to Daniel M. Chang in the total amount of $2,258.00 was not cashed within the 90 day limit and an unclaimed money report was filed on 03/29/16 to close the account and transfer the monies to the Clerk, U.S. Bankruptcy Court, for deposit with the U.S. Treasury or the designated local depository, and

It further appearing that Daniel M. Chang is now claiming the monies referred to in the application.

IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $2,258.00 to the order of Daniel M. Chang and mail to Asset Recovery Trust, P.O. Box 4296, Costa Mesa, CA 92628.

**END OF ORDER**

**NO SERVICE LIST REQUESTED**