Mohamed Poonja, Trustee
P.O. Box 1510
Los Altos, CA 94023-1510
Telephone: (650) 941-3400
Emaiol: mp@poonja.us



**FILED**

MAY 4 2016

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

In re:

    JTS Corporation

                Debtor

Case No. 98-59752 MEH

Chapter 7

**NOTICE OF UNCLAIMED DIVIDENDS**

TO THE CLERK, UNITED STATES BANKRUPCY COURT:

    Pursuant to Federal Rule 3011, the trustee in the above captioned case hereby turns over to the Court, unclaimed dividends as itemized below. The name and address of the claimant entitled to the unclaimed dividends are as follows:

| Claim# | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 116 | **ELEC & ELTEK COMPANY LIMITED**<br>3/F Block B, Merit Industrial Centre,<br>94 Tokwawan Rd.<br>Kowloon<br>Hong Kong | $2,778,232.71 | $114,840.69· |
| 1372 | **NORTH WEST ELECTRONICS**<br>1008 10TH ST<br>MILFORD, IA  51351 | $300.00 | $8.27· |
| 1356 | **DOMINIC WATTS**<br>ORCHARDS RIVERWOODS DR MARLOW<br>BUCKS 5L7 1QX ENGLAND | $6,633.41 | $274.20· |
| 1354 | **SONY ELECTRONICS, INC.**<br>C/O LLOYD B. SARAKIN<br>123 TICE BLVD. MD #T1-4<br>WOODCLIFF LAKE, NJ  07675 | $99,316.62 | $4,105.34 |

| | | | |
|---|---|---|---|
| 1340 | **WYLE MINGO**<br>10305 COLEVAS TURN<br>SHELTONHAM, MA 20623 | $159.00 | $6.57 |
| 1319 | **FOUNTAIN TECHNOLOGIES**<br>BENEDICT A. RABO - SCHUTA I. MARKIN<br>6 SPRUCE HILL RD<br>ARMONK, NY 10504 | $351,285.00 | $14,520.67 |
| 1312 | **MICK CASEY AND DONNA BRADY**<br>7681 GREENBACK LN. #2058<br>CITRUS HEIGHTS, CA 95610 | $350.00 | $14.47 |
| 10301 | **MARY G. HOWSON**<br>675 N ADAMS #6<br>BUFFALO, WY 82834 | $135.45 | $5.60 |
| 1297 | **BRANDON J. SANDIFER**<br>14300 HEMLOCK ST.<br>SAN LEANDRO, CA 94579 | $3,192.90 | $131.98 |
| 1291 | **MIKE NERVILLE**<br>47 MAR VISTA<br>POCATELLO, ID 83204 | $150.00 | $6.20 |
| 1256 | **INTELEC TECHNOLOGY PTE LTD**<br>ICB ENTERRISE HOUSE<br>116 MIDDLE RD # 08 - 03, SINGAPORE<br>188972 | $413,802.45 | $17,104.89 |
| 1187 | **MAGNELL ASSOCIATE**<br>DBA ABS COMPUTERS<br>9997 ROSEHILL RD.<br>WHITTER, CA 90601 | $6,896.00 | $285.05 |
| 1148 | **JOHN BORSARI**<br>2005 7TH AVE<br>SANTA CRUZ, CA 95062 | $139.00 | $5.75 |

| | | | |
|---|---|---|---|
| 919 | **BURR AND FORMAN LLP**<br>ONE GEORGIA CENTER<br>600 W PEACHTREE ST. #1200<br>ATLANTA, GA  30308 | $6,150.55 | $254.24 |
| 1109 | **SCOTT GUTMAN**<br>7492 SAN CLEMENTE PL<br>BOCA RATON, FL  33433 | $300.00 | $12.40 |

Dated: May 2, 2016

s/ Mohamed Poonja                                       MOHAMED POONJA, TRUSTEE