United States Bankruptcy Court
Northern District of California

In re:  
JTS Corporation  
    Debtor

Case No. 98-59752-MEH  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0971-5     User: cgundayao     Page 1 of 1     Date Rcvd: May 23, 2016  
                       Form ID: NUCF     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2016.
         +MICROSUPPLY INC,    C/O BRAD FRESIA,    601 UNION ST #2830,    SEATTLE, WA 98101-2341

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr           +E-mail/Text: cmecf@dilksknopik.com May 24 2016 01:48:10     Dilks & Knopik LLC,  
        35308 SE Center Street,    Snoqualmie, WA 98065-9216
                                                                                                                      TOTAL: 1

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2016                                          Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2016 at the address(es) listed below:
         Elizabeth Berke-Dreyfuss    on behalf of Plaintiff Mohamed Poonja edreyfuss@wendel.com,  
        bankruptcy@wendel.com;pjoakimson@wendel.com  
         Elizabeth Berke-Dreyfuss    on behalf of Trustee Mohamed Poonja edreyfuss@wendel.com,  
        bankruptcy@wendel.com;pjoakimson@wendel.com  
         Elizabeth Berke-Dreyfuss    on behalf of Cross Defendant Mohamed Poonja edreyfuss@wendel.com,  
        bankruptcy@wendel.com;pjoakimson@wendel.com  
         G. Larry Engel    on behalf of Defendant Jack Tramiel larry@engeladvice.com  
         Gabrielson and Company    cpa7and11@sbcglobal.net  
         Howard J. Steinberg    on behalf of Plaintiff Aurora National Life Assurance Company steinbergh@gtlaw.com, pearsallt@gtlaw.com  
         J. Michael Kelly    on behalf of Creditor Cooley Godward kellyjm@cooley.com  
         John Walshe Murray    on behalf of Debtor JTS Corporation jwmurray@murraylaw.com, johnwalshemurray@hotmail.com  
         Jon Zimmerman    on behalf of Defendant Jack Tramiel jbz@robinsonwood.com, jkt@robinsonwood.com.  
         Mark Bostick    on behalf of Defendant Suzanne O. Decker mbostick@wendel.com, bankruptcy@wendel.com  
         Mark Bostick    on behalf of Trustee Mohamed Poonja mbostick@wendel.com, bankruptcy@wendel.com  
         Mohamed Poonja    mpoonja@sbcglobal.net, mpoonja@ecf.epiqsystems.com  
         Office of the U.S. Trustee / SJ    USTPRegion17.SJ.ECF@usdoj.gov, ltroxas@hotmail.com  
         Sally A. Williams    on behalf of Creditor Gerald Heiner sally_williamslaw@yahoo.com  
         Sblend A. Sblendorio    on behalf of Creditor The Cilker Revocable Trust sas@hogefenton.com  
         Stephen G. Opperwall    on behalf of Creditor DPMS, Inc. steve.opperwall@comcast.net  
         Stephen G. Opperwall    on behalf of Cross-Claimant D.P.M.S., Inc. dba Danco Machine steve.opperwall@comcast.net  
         Stephen G. Opperwall    on behalf of Defendant D.P.M.S., Inc., dba Danco Machine steve.opperwall@comcast.net  
         Stephen J. Kottmeier    on behalf of Creditor Indian Bank skottmeier@hopkinscarley.com, jmeade@hopkinscarley.com  
         Suzanne Decker    on behalf of Trustee Suzanne Decker suzannedecker@sbcglobal.net, sdecker@ecf.epiqsystems.com  
         Tracy Green    on behalf of Trustee Mohamed Poonja tgreen@wendel.com, bankruptcy@wendel.com  
                                                                                                                                                                                 TOTAL: 21

Form NUCF

# UNITED STATES BANKRUPTCY COURT
*for the*
## Northern District of California

| In re Debtor(s): | Case No.: 98−59752 MEH 7 |
|---|---|
| JTS Corporation aka Atari Corporation | Chapter: 7 |

**Notice of Deficient Application for Unclaimed Dividends**

CLAIMANT: Creditor Dilks & Knopik LLC                    CLAIM: 5,087.21

Your application for unclaimed funds cannot be processed for the following reason(s).

Affidavit of Service
 ☐ The Affidavit was not submitted.
 ☐ The Affidavit was not signed.
 ☐ The original Affidavit was not submitted.

☐ The search fee was not submitted.
☐ A current photo id was not included with the application.
☒ An original business card was not included with the application.
☒ You did not submit a document that verifies that you resided at or conducted business from the address on the Trustee's Notice of Unclaimed Dividends.
☐ You did not submit a document that verifies your current address.
☐ An authorization to collect funds was not included with the application.
☐ The Power of Attorney has expired.
☐ W−9 Form not submitted. Please submit a completed and signed W−9 form.

☒ Other: 1. Need original business card from Neal Jensen (MS Investments of Washington).
2. Please submit a signed and notarized document from another officer in the company (MS Investments) that gives the LPOA signer (Neal Jensen) the authority to collect funds on behalf of the company. The document must include the officer's signature, printed name, position in the company and company address. Also, please include a business card of that person or a copy of employer issued identification.

The claimant must submit the information/documents listed above, or submit a written request to extend the deadline, by 6/23/2016 . If the court does not timely receive the new information/documents, the court will deem the application withdrawn and will take no further action on the application. The claimant may submit a new application if they want to begin a new review process. Send information/documents or requests for extension of time to: U.S. Bankruptcy Court, PO Box 7341, San Francisco, CA 94120−7341. Attention: Chris Gundayao

Dated: <u>5/23/16</u>        For the Court:

           Edward J. Emmons
           Clerk of Court
           United States Bankruptcy Court

           By: Chris Gundayao
            (415)268−2344

Chris_Gundayao@canb.uscourts.gov