# Notice Recipients

District/Off: 0971–5     User: nortiz     Date Created: 6/9/2016
Case: 98–59752     Form ID: trc     Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
5488880     Microsupply Inc     c/o Brad Fresia     601 Union St. #2830     Seattle WA 98101

TOTAL: 1