

The following constitutes
the order of the court. Signed May 29, 2018

_M. Elaine Hammond_
M. Elaine Hammond
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:  )
JTS CORPORATION  )   Case No. 98-59752
  )
  )   Chapter No. 7
  )
  )
Debtor  )   **ORDER TO PAY UNCLAIMED FUNDS**
  )

It appearing that the check(s) made payable to AMERICAN CUSTOM COMPONENTS in the total amount of $4,765.79 was not cashed within the 90 day limit and an unclaimed money report was entered on 03/01/2016 to close the account and transfer the monies to the Clerk, U.S. Bankruptcy Court, for deposit with the U.S. Treasury or the designated local depository, and

It further appearing that AMERICAN CUSTOM COMPONENTS is now claiming the above monies in the application attached hereto.

IT IS ORDERED that the Clerk of the Bankruptcy Court pay said sum of $4,765.79 to the order of AMERICAN CUSTOM COMPONENTS .

and mail to 4695 MACARTHUR CT SUITE 420
NEWPORT BEACH CA 92660

**End of Order**
**No Service List Requested**