Karol K. Denniston (Bar No. 141667)
Karol.denniston@squirepb.com
Squire Patton Boggs (US) LLP
275 Battery Street, Suite 2600
San Francisco, CA 94111
Telephone: (415) 954-0200
Facsimile: (415) 393-9887

Attorney for Pioneer Funding Group LLC
**Entered on Docket**
**October 16, 2018**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes the order of the Court.
Signed: October 15, 2018

_____
**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 98-59752 MEH |
| JTS Corporation, | Chapter 7 |
| Debtor. | **ORDER GRANTING PIONEER FUNDING'S FIFTH MOTION FOR EXTENSION OF TIME REGARDING ITS APPLICATION** |

Having considered Pioneer Funding's Fifth Motion for Extension of Time Regarding its Application to Pay Unclaimed Dividend (the "Motion"),[1] and finding good cause therefor, IT IS HEREBY ORDERED THAT the Motion is GRANTED.

Pioneer Funding shall be granted a further extension through December 21, 2018 to comply with this Order.

Pioneer Funding's Application shall remain active during the extension period.

The extension is granted without prejudice to Pioneer Funding's ability to request further extensions if necessary.

**IT IS SO ORDERED.**

**\*\*END OF ORDER\*\***

---

[1] Capitalized terms shall have the meaning ascribed to them in the Motion.

- 1 -

# COURT SERVICE LIST

N/A. All parties are registered ECF participants.

SQUIRE PATTON BOGGS (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111